

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-18-00498-CV

**MWM HELOTES RANCH, LTD**. and Myfe Moore,
Appellants

v.

John H. **WHITE** Jr., Individually; John H. White III, Individually; John H. White Jr., John H. White III, and Molly C. White, in their capacities as Co-Trustees of the 1983 John H. White Long-Term Trust F/B/O John H. White Jr., and of the 1976B Partnership Trust; TCW Helotes Ranch Ltd; and Tuleta White,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11563
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellants Motion for Withdrawal of Counsel Ian M. McLin for Defendants MWM Helotes Ranch, Ltd., and Myfe Moore is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court